UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00323-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

GABRIEL MERAZ-SANTIESTEBAN,
a/k/a Joaquin Mojica-Sotello,
a/k/a Gabriel Arturo-Hidalgo,
a/k/a Oscar Montenegro-Leon,
a/k/a Oscar Meraz,
a/k/a Omar Moya,

       Defendant.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#40)** on July 14, 2010, by Defendant. The Court construes this Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **October 6, 2010,** at **2:30 p.m.** before the Honorable David M. Ebel, Courtroom C202, 1823 Stout Street, Byron Rogers Courthouse.

3. The final trial preparation conference set for July 23, 2010, and the July 26, 2010, trial date are **VACATED**.

Dated this 15th day of July, 2010.

BY THE COURT:

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge